**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.   11-cv-02900-LTB-BNB

AMY SILLERY,

       Plaintiff,

v.

CONTINENTAL COLLECTION AGENCY, LTD., and
DOES 1-10 Inclusive,

       Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 10 - filed April 13, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   April 16, 2012